✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____     District of     _____ALABAMA_____

EDNA MARTIN and MURRAY MARTIN

### SUMMONS IN A CIVIL ACTION

V.

UNITED STATES OF AMERICA; DEPT OF
ARMY; ARMY AND AIR FORCE EXCHANGE
SERVICE; AND G & K SERVICES, INC.

CASE NUMBER: 1:08CV 9 6 - WKW

TO: (Name and address of Defendant)

United States of America
Honorable Leura Garrett Canary
United States Attorney
P. O. Box 197
Montgomery, Alabama  36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Dale Marsh
Marsh, Cotter & Stewart, LLP
P. O. Box 310910
Enterprise, Alabama  36331

an answer to the complaint which is served on you with this summons, within _____ 90 200 ____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Huckett_

CLERK

(By) DEPUTY CLERK

DATE     2/21/08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                *Signature of Server*

                           _____
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA _____

EDNA MARTIN and MURRAY MARTIN

V.

UNITED STATES OF AMERICA; DEPT OF
ARMY; ARMY AND AIR FORCE EXCHANGE
SERVICE; AND G & K SERVICES, INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:08cv96 - WKW

TO: (Name and address of Defendant)

Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Dale Marsh
Marsh, Cotter & Stewart, LLP
P. O. Box 310910
Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within _____ 3660 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

2/21/08

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              *Date*                  *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

EDNA MARTIN and MURRAY MARTIN

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES OF AMERICA; DEPT OF
ARMY; ARMY AND AIR FORCE EXCHANGE
SERVICE; AND G & K SERVICES, INC.

CASE NUMBER: 1:08CV96-WKW

TO: (Name and address of Defendant)

Army and Air Force Exchange Service
Office of General Counsel
P. O. Box 50060
Dallas, Texas  75265

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Dale Marsh
Marsh, Cotter & Stewart, LLP
P. O. Box 310910
Enterprise, Alabama  36331

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
_____

CLERK

(By) DEPUTY CLERK

DATE  2/21/08

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

EDNA MARTIN and MURRAY MARTIN

V.

UNITED STATES OF AMERICA; DEPT OF
ARMY; ARMY AND AIR FORCE EXCHANGE
SERVICE; AND G & K SERVICES, INC.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:08CV96-WKW

TO: (Name and address of Defendant)

G & K Services, Inc.
5995 Opus Parkway, Suite 500
Minnetontaka, Minnesota  55434

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Dale Marsh
Marsh, Cotter & Stewart, LLP
P. O. Box 310910
Enterprise, Alabama  36331

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

| | |
|---|---|
| CLERK | DATE  2/21/08 |

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                 Date                *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

EDNA MARTIN and MURRAY MARTIN

### SUMMONS IN A CIVIL ACTION

V.

UNITED STATES OF AMERICA; DEPT OF
ARMY; ARMY AND AIR FORCE EXCHANGE
SERVICE; AND G & K SERVICES, INC.

CASE NUMBER: 1:08CU96-WKW

TO: (Name and address of Defendant)

Attorney General of United States
U. S. Department of Justice
10th and Constitution Avenue
Washington, D. C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Dale Marsh
Marsh, Cotter & Stewart, LLP
P. O. Box 310910
Enterprise, Alabama  36331

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

| CLERK | | DATE | 2/21/08 |

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                  *Signature of Server*

                                _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.