| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Sandra Hopkins   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) HOPKINS   C. Date of Delivery |
| 1. Article Addressed to:<br><br>G&K Services, Inc.<br>5995 Opus Parkway, Suite 500<br>Minnetontaka, Minnesota  55434 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>MAR 10 2008<br><br>08 CV 96 Aliasssms2 Cnp |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0024 7762 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540