IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA MARTIN and MURRAY MARTIN,<br><br>    PLAINTIFFS<br><br>VS<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF ARMY ARMY AND AIR FORCE EXCHANGE SERVICE, and instrumentality of the Department of the Army and of the Air Force and G&K SERVICES, INC.<br><br>    DEFENDANTS. | *<br>*<br>*<br>*  CIVIL ACTION NO: 1:08CV96-WKW<br>*<br>*<br>*<br>*<br>* |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW G & K SERVICES, INC., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:
G & K Services is a publicly traded corporation, traded under the symbol GKSR on the Nasdaq Exchange. G & K Services, Inc. has no related reportable parties.

DATED this 3rd day of April, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Caroline T. Pryor
　　　　　　　　　　　　　　　　　　CAROLINE T. PRYOR (PRYOC2802)
　　　　　　　　　　　　　　　　　　Attorney for Defendant, G & K SERVICES, INC.

OF COUNSEL:
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama  36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928
Email: cpryor@carrallison.com

**CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this 3rd day of April, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and request the Court to serve the same electronically on the following:

M. Dale Marsh
MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, AL 36331
mdm@enterpriselawyers.com


A copy has been served on the following by United States mail:

Army & Air Force Exchange Service
Office of General Counsel
P.O. Box 50060
Dallas, Texas 75265-0060

United States of America & U.S. Army
c/o Honorable Leura Garrett Canary
United States Attorney
Middle District of Alabama
P.O. Box 197
Montgomery, AL 36101

Attorney General of the United States
U.S. Department of Justice
10th and Constitution Avenue
Washington, D.C.  20530


      /s/   Caroline T. Pryor
      OF COUNSEL