IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA MARTIN and <br> MURRAY MARTIN <br><br> PLAINTIFFS <br><br> VS <br><br> UNITED STATES OF AMERICA <br> and G & K SERVICES, INC. <br><br> DEFENDANTS | * <br> * <br> * <br> * CIVIL ACTION NO: _____ <br> * <br> * <br> * |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Edna Martin and Murray Martin, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] **This party is an individual, or**

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

DATED this ___8___ day of April, 2008.

_____
M. Dale Marsh (MAR040)
Attorney for Plaintiffs

OF COUNSEL:
MARSH, COTTER & STEWART, LLP
P. O. Box 310910
Enterprise, Alabama 36331
334-347-2626 (Telephone)
334-393-1396 (Facsimile)

## CERTIFICATE OF SERVICE

      I, M. Dale Marsh, hereby certify that I have served a copy of the foregoing upon the following by filing same with the court electronic filing system, and/or by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed on this the ___8___ day of ___April___, 2008.

Caroline T. Pryor, Esq.
Carr Allison
6251 Monroe Street, Suite 200
Daphne, Alabama 36526

Army & Air Force Exchange Service
Office of General Counsel
P. O. Box 50060
Dallas, Texas 75265

United States of America & U. S. Army
c/o Honorable Leura Garrett Canary
United States Attorney
Middle District of Alabama
P. O. Box 197
Montgomery, Alabama 36101

Attorney General of the United States
U. S. Department of Justice
10th and Constitution Avenue
Washington, D. C. 20530

_____
OF COUNSEL