IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDNA MARTIN and | ) | |
| MURRAY MARTIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-0096-WKW |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

COME NOW the Defendants, United States of America, Army and Air Force Exchange Service and Department of Army, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that the parties be allowed an extension of time until Friday, May 23, 2008, in which to file the report required by Rule 26(f), Federal Rules of Civil Procedure, and as grounds, states as follows:

1. The parties have been engaged in good faith discussions regarding the report. The initial proposed report was sent out on May 12 and since that time the parties have resolved all but one issue.

2. Given the various schedules of the attorneys the one remaining issue could not be resolved by close of business, May 20, 2008.

3. All parties are certain, however, that the remaining issue can be resolved amongst themselves without need of Court intervention by Friday, May 23, 2008.

4. Counsel for all parties have been contacted and they have no objections to this request.

Respectfully submitted this 20th day of May, 2008.

          LEURA G. CANARY
          United States Attorney

By:   s/R. Randolph Neeley
     R. RANDOLPH NEELEY
     Assistant United States Attorney
     Bar Number: 9083-E56R
     Post Office Box 197
     Montgomery, AL  36101-0197
     Telephone No.: (334) 223-7280
     Facsimile No.: (334) 223-7418
     **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, M. Dale Marsh, and defendant / cross - claim defendant's attorney, Caroline T. Pryor.

     /s/R. Randolph Neeley
     Assistant United States Attorney