## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EDNA MARTIN and MURRAY MARTIN, | * |
| PLAINTIFFS | * |
| VS | *     CIVIL ACTION NO: 1:08CV96-WKW |
| UNITED STATES OF AMERICA; DEPARTMENT OF ARMY ARMY AND AIR FORCE EXCHANGE SERVICE, and instrumentality of the Department of the Army and of the Air Force and G&K SERVICES, INC. | * |
| DEFENDANTS. | * |

## NOTICE OF APPEARANCE

COMES NOW, Heather M. Houston and files this her Notice of Appearance as additional counsel for Defendant, G & K SERVICES, INC., in the above-referenced cause.

Respectfully submitted,

 /s/ Heather M. Houston
HEATHER M. HOUSTON  (HOUSH3686)
Attorney for Defendant, G & K SERVICES, INC.

OF COUNSEL:
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama  36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928
Email: hhouston@carrallison.com

**CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this 22nd day of May, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and request the Court to serve the same electronically on the following:

M. Dale Marsh
MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, AL 36331
mdm@enterpriselawyers.com

Leura G. Canary
R. Randolph Neeley
United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
rand.neeley@usdoj.gov


            */s/ Heather M. Houston*
            OF COUNSEL