IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDNA MARTIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0096-WKW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the defendants' Motion for Extension of Time (Doc. # 17) in which to file the parties' Rule 26 report, it is ORDERED that the motion is GRANTED.

DONE this 27th day of May, 2008.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE